UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHA CAPITAL ANSTALT,

                        Plaintiff,

                                              **ORDER**

        v.

                                              19 Civ. 6199 (PGG)

SHIFTPIXY, INC.,

                        Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court on July 24, 2019, Plaintiff's application for a

preliminary injunction is denied. The parties are directed to filed a joint letter by **Tuesday, July**

**30, 2019**, proposing a schedule for expedited discovery and motion practice.

Dated: New York, New York
        July 25, 2019

                                       SO ORDERED.

                                       _Paul G. Gardephe_

                                       Paul G. Gardephe
                                       United States District Judge