UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHA CAPITAL ANSTALT,

                        Plaintiff,

      v.

SHIFTPIXY, INC.,

                        Defendant.

**ORDER**

19 Civ. 6199 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference presently scheduled for August 29, 2019 is adjourned to **August 29, 2019 at 11:00 a.m.**

Dated:  New York, New York
         August 6, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge