

August 12, 2019

**BY FEDERAL EXPRESS**

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Alpha Capital Anstalt v. ShiftPixy, Inc.*, 19 Civ. 6199 (PGG)

Dear Judge Gardephe:

We represent defendant ShiftPixy, Inc. ("ShiftPixy") in the above-captioned action pending before your Honor. In accordance with your Honor's individual rules, I am herewith enclosing a courtesy copy of ShiftPixy's answer and counterclaim.

                                           Respectfully,

                                           Martin E. Karlinsky

MEK/ks

Enclosure

cc:   Kenneth A. Zitter, Esq. (via ECF)
      Attorney for Plaintiff

      Michael J. Fitzgerald, Esq. (via ECF)
      John C. Clough, Esq. (via ECF)