United States District Court
Southern District of New York
----------------------------------------------------x

Alpha Capital Anstalt,

                Plaintiff,                19 CV 6199 (PGG)

    v.

                                            Notice of Motion

Shiftpixy, Inc.,

                Defendant.

----------------------------------------------------x

Please take notice that upon the annexed Affirmation of Nicola Feuerstein affirmed under penalties of perjury under the laws of the United States of America on September 9, 2019, with Exhibits attached thereto, the undersigned will move this Court for an order granting summary judgment:

    i) directing Defendant Shiftpixy, Inc. ("SFTY") to deliver to Alpha Capital immediately one million shares of its common stock to which Alpha Capital is entitled based upon SFTY's failure to honor Alpha Capital's June 20, 2019 conversion request under the terms of SFTY's Senior Convertible Note which Alpha Capital acquired in March, 2019 (the "Note"); and

    ii) in the event the Court is unwilling to compel SFTY to deliver stock, as Alpha Capital respectfully submits it should, then, in the alternative, awarding Alpha Capital damages in the amount of $500,000, the value of the stock which SFTY should have delivered on June 24, 2019, but did not, in response to its conversion request, plus interest; and

iii) ordering SFTY to honor all future conversion requests duly submitted in accordance with the terms of the Note; and

iv) dismissing SFTY's counterclaim.

Dated: New York, New York
      September 10, 2019

                                      Law Offices of Kenneth A. Zitter

                                      By_____
                                          Kenneth A. Zitter, Esq.
                                            Attorneys for Plaintiff
                                    Alpha Capital Anstalt
                                    260 Madison Avenue, 18th Floor
                                    New York, New York 10016
                                    212-532-8000
                                    KAZ-3195