8/27/2019                                        FW: osher conversion

Ari Kluger

L.H. Financial Inc.

510 Madison Avenue

Suite 1400

New York N.Y. 10022

212-586-8224

212-586-8244 (F)

This communication does not reflect an intention by the sender or the sender's principal, employer, customer or client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

---

**From:** "Mark A. Absher" <mark.absher@shiftpixy.com>
**Date:** Thursday, December 27, 2018 at 2:47 PM
**To:** Seeking Alpha <akluger@lhfin.com>
**Cc:** Scott Absher <scott.absher@shiftpixy.com>, Patrice Launay <patrice.launay@shiftpixy.com>, michael williams <michael@gopublicdirect.com>, Jason Diamond <jdiamond@drexelhamilton.com>
**Subject:** RE: osher conversion

Thank-you for the clarification.  That's helpful.

## Mark Absher

ShiftPixy

Registered In-House Counsel

P: 949.245.7306   M: 949.299.7769   O: 888.798.9100 x133

FacebookTwitterLinkedin
icon        icon       icon

1 Venture Suite 150, Irvine, CA 92618 | www.shiftpixy.com

*This email message is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient; (1) you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and (2) please notify us immediately by telephone and destroy the original message.*

**From:** Ari Kluger <akluger@lhfin.com>
**Sent:** Thursday, December 27, 2018 11:43 AM
**To:** Mark A. Absher <mark.absher@shiftpixy.com>
**Cc:** Scott Absher <scott.absher@shiftpixy.com>; Patrice Launay <patrice.launay@shiftpixy.com>; michael williams <michael@gopublicdirect.com>; Jason Diamond <jdiamond@drexelhamilton.com>
**Subject:** Re: osher conversion

The investor has monthly amortization payments which is priced based off of the vwap provision

The investor has the right defer each monthly amortization and then can choose to accelerate up to 3 monthly amortization payments every month

these conversions for both alpha and osher are accelerated amortization payments

kzitter's mailbox

Ari Kluger

L.H. Financial Inc.

510 Madison Avenue

Suite 1400

New York N.Y. 10022

212-586-8224

212-586-8244 (F)

This communication does not reflect an intention by the sender or the sender's principal, employer, customer or client to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

From: "Mark A. Absher" <mark.absher@shiftpixy.com>
Date: Thursday, December 27, 2018 at 2:38 PM
To: Seeking Alpha <akluger@lhfin.com>
Cc: Scott Absher <scott.absher@shiftpixy.com>, Patrice Launay <patrice.launay@shiftpixy.com>, michael williams <michael@gopublicdirect.com>, Jason Diamond <jdiamond@drexelhamilton.com>
Subject: RE: osher conversion

Ari—

We are just wondering why the investor is claiming a right to a VWAP discount on conversion as opposed to price of $2.49/share, given the following language of the note:

b) Conversion Price. The conversion price in effect on any Conversion Date shall be equal to **$2.49**, subject to adjustment herein (the "Conversion Price"). However, from and after the Maturity Date, the Conversion Price shall be equal to the lesser of (i) the then Conversion Price and (ii) 85% of the VWAP for the Trading Day immediately prior to the applicable Conversion Date. Nothing herein shall limit a Holder's right to pursue actual damages or declare an Event of Default pursuant to Section 8 hereof and the Holder shall have the right to pursue all remedies available to it hereunder, at law or in equity including, without limitation, a decree of specific performance and/or injunctive relief. The exercise of any such rights shall not prohibit the Holder from seeking to enforce damages pursuant to any other Section hereof or under applicable law.

I note that the Maturity Date is September 4, 2019.

Can you explain?

Thanks.

**Mark Absher**

ShiftPixy

Registered In-House Counsel

P: 949.245.7306   M: 949.299.7769   O: 888.798.9100 x133

1 Venture Suite 150, Irvine, CA 92618  |  www.shiftpixy.com

Facebook icon    Twitter icon    Linkedin icon

*This email message is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient; (1) you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and (2) please notify us immediately by telephone and destroy the original message.*

**From:** Ari Kluger <akluger@lhfin.com>
**Sent:** Thursday, December 27, 2018 10:41 AM
**To:** Mark A. Absher <mark.absher@shiftpixy.com>; Ayisha Ali <ayisha@vstocktransfer.com>; Joseph Donohue <joseph@vstocktransfer.com>
**Cc:** Scott Absher <scott.absher@shiftpixy.com>; Patrice Launay <patrice.launay@shiftpixy.com>; michael williams <michael@gopublicdirect.com>
**Subject:** osher conversion