UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ALPHA CAPITAL ANSTALT, | : | 19 Civ. 6199 (PGG) |
| Plaintiff and Counter-Defendant, | : | |
| - against - | : | **DECLARATION OF SCOTT W. ABSHER IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| SHIFTPIXY, INC., | : | |
| Defendant and Counter-Plaintiff | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCOTT W. ABSHER submits the following declaration, under penalty of perjury pursuant to 28 U.S.C. § 1746.

1.     I am the chief executive officer of ShiftPixy, Inc. ("ShiftPixy"), defendant and counter-plaintiff in the above-captioned action.  I submit this declaration in opposition to the motion for summary judgement of Alpha Capital Anstalt ("Alpha Capital"), plaintiff and counter-defendant in this action.  I have personal knowledge of the facts recited in this declaration.

2.     ShiftPixy is a Wyoming corporation with its principal place of business in Irvine, California.  It is an early stage technology-based specialized staffing and human capital management service provider that offers solutions for large contingent part-time workforce demands, primarily in the restaurant, hospitality and maintenance service trades.  ShiftPixy was a privately held company until 2017, when it made an initial public offering of its shares of common stock at $6 per share.  The stock was and is listed on the NASDAQ exchange.  Until roughly a year ago, ShiftPixy's stock continued to trade near its initial offer price; its 52-week high over the last year was $5.37.  However, its share price has declined, and it has most recently been trading at roughly 50 cents per share.

3.      Plaintiff Alpha describes itself as a Lichtenstein Anstalt, an entity organized under Lichtenstein law, usually for investment purposes, with a principal place of business in Vaduz, Liechtenstein.  Its sole business activity appears to be investing.

4.      In June 2018 and in March 2019, ShiftPixy sold senior secured convertible notes to five (5) investors, including Alpha (collectively "Notes," and individually the "June 2018 Note" and the "March 2019 Note.")  (*See* Exhibits A and B .)  The other investors are Dominion Capital LLC; CVI Investments, Inc.; MEF I, L.P.; and Osher Capital Partners, LLC. The investors also received a December 2018 note (the "December 2018 Note"), with terms identical to the June 2018 Note, to cure a technical default under that Note.  The Notes are convertible into common shares of ShiftPixy at prices calculated as a substantial discount to the shares' market price.  This action by Alpha concerns only the March 2019 Note.

5.      The economic terms of the Notes were highly favorable to the noteholders. The June 2018 Notes were sold at a discount of 10% to the principal amount of the Notes and also bore a favorable interest rate of 8%.  The March 2019 Notes were sold at a discount exceeding 20% to the principal amount of the Notes (Alpha paid $1,000,000.00 for a note with initial principal of $1,266,666.67).  The March 2019 Note did not bear interest, but at maturity that note  required payment of 110% of outstanding principal and accrued interest.

6.      The Notes as a whole are what is commonly called "toxic" financing. Under the Notes the noteholders including Alpha converted principal to ShiftPixy shares at a substantial discount to the market price of the stock.  For example, under the June 2018 Note conversions occurred at a 15% discount to a 10-day VWAP (that is, the volume weighted average price over the 10 days preceding the conversion demand).  The noteholders including Alpha then sold converted shares as soon as volume was robust enough to absorb the sales.

Taken together with the discounted initial price and with respect to the June 2018 Note the interest component, the noteholders were able to realize returns on investment that exceeded 30%.

       7.     ShiftPixy honored a series of conversion demands from Alpha and the other noteholders under the Notes until June 2019.  Each of the noteholders including Alpha apparently immediately sold its converted shares in the open market.  In the spring of 2019, short interest in the stock increased markedly, apparently caused or affected by the noteholders' wholesale bailing themselves out of their conversion stock positions.  The conversions and immediate sales of converted stock raised the possibility that ShiftPixy's stock would enter a "death spiral," which threatened to erode totally any value to its stockholders and make it extremely difficult in future to obtain needed financing.

       8.     The effect of the issuance and sale of the conversion shares because of selling pressure created by the additional stock flooding the market was to depress the market price of ShiftPixy's shares.  From a high of roughly $5.37 in July 2018, that price declined to below $.50 by July 2019.  In part because ShiftPixy stopped honoring conversion demands in June 2019, it has since rebounded, recovering from a low of $0.376 as of June 12, 2019 to $0.67 as of July 16, 2019 and climbing to a high as $0.733 on July 12, 2019.  (The stock closed at $0.47 as of Friday, September 27, 2019.)  There does not appear to be a good explanation for this decline outside of the noteholders' activities and the selling pressure created by those activities.  ShiftPixy has issued a series of reports reflecting a solid business and good operating results, an increasing level of revenues, and declining losses, and to the extent that it has reported news that might be concerning to investors, that news was counterbalanced by its current operations and good future prospects.

3

9.    I understand that Alpha claims that ShiftPixy is insolvent, and that because of this a judgment for money damages would not be paid.  ShiftPixy's SEC Form 10-Q for the quarterly period ended May 31, 2019 (*See* Ex. C hereto) shows that ShiftPixy's revenues for the three-month reporting period were $14,303,816, an increase of $4,928,324 (or 34%) year to year, and were $38,012,069 for the nine months ended May 31, 2019, an increase of $14,238,198 year over year (or approximately 37%).  Its operating loss for the nine-month period ending May 31, 2019 declined from $7.8 million to $6.6. million year over year.  And while its net loss increased for the same period by roughly $1.5 million, that included a *non-cash charge* of $3.8 million (to account for an inducement loss attributable to an excessive number of shares delivered as a result of incorrect conversion requests by the noteholders.)  Backing out the non-cash charge, its net loss for the period *declined* from roughly $7.8 million to $5.5 million.  ShiftPixy had cash on hand of $2.931 million on May 31, 2019, and current assets of $13.2 million.

10.    On  June 20, 2019, Alpha delivered to ShiftPixy a demand to convert $310,000 of the remaining principal of its March 2019 Note into 1,000,000 shares of ShiftPixy's common stock at a conversion price of $0.31.  ShiftPixy elected not to honor this demand.  ShiftPixy's stock closed on that day at a high of $.50.  This action and the instant motion for summary judgment followed.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on October 1, 2019, in Irvine, California.

SCOTT W. ABSHER