UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHA CAPITAL ANSTALT,

                Plaintiff,

v.

SHIFTPIXY, INC.,

                Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

19 Civ. 6199 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| Specific Non-Dispositive Motion/Dispute:* | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | Habeas Corpus |
| | Social Security |
| Settlement* | **X** Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| Inquest After Default/ Damages Hearing | Particular Motion: Dkt. No. 30 |
| | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
       October 16, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge