```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALPHA CAPITAL ANSTALT,

                Plaintiff,                        19 **CIVIL** 6199 (PGG)

    -against-                         **JUDGMENT**

SHIFTPIXY, INC.,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2020, the R&R is adopted in its entirety; Plaintiff's motion for summary judgment as to its breach of contract and anticipatory repudiation claims is granted; Plaintiff's motion for summary judgment on Defendant's counterclaim is also granted; Plaintiff's motion for permanent injunction is denied; Plaintiff is awarded $500,000 in damages plus 18% contractual interest from June 24, 2019 until paid; accordingly, this case is closed.

**Dated:** New York, New York
           January 10, 2020

                                                                     RUBY J. KRAJICK
                                                                     Clerk of Court
                                                  BY:
                                                                         Deputy Clerk

                                                     THIS DOCUMENT WAS ENTERED
                                                     ON THE DOCKET ON 1/10/2020